**No. 56972.**—Neuman & Schwiers Co., Inc. *v.* United States, protests 189902–K and 190534–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of grenadine the same in all material respects as that the subject of *La Manna, Azema & Farnan, Inc.* v. *United States* (39 C. C. P. A. 144, C. A. D. 461), the claim of the plaintiff was sustained.

**No. 56973.**—W. A. Cleary Corp. and W. R. Keating & Co., Inc. *v.* United States, protest 190517–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of lecithin similar in all material respects to that the subject of *United States* v. *C. J. Tower & Sons* (38 C. C. P. A. 131, C. A. D. 450), the claim of the plaintiffs was sustained.

**No. 56974.**—Manufacturers Chemical Company *v.* United States, protest 187746–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in the case the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.